UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **CHERELL ROBERTS RIVERS,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 25-11480-FDS |
| **SOUTH BOSTON POLICE,** | ) ) ) | |
| Defendant. | ) ) ) | |

### ORDER ON MOTION FOR VOLUNTARY DISMISSAL

**SAYLOR, J.**

Cherell Roberts Rivers, who is proceeding *pro se*, has filed a civil complaint alleging, in substance, police dereliction of duty and misconduct. The complaint, the caption of which states that it is a suit against the "South Boston Police," alleges that the Boston Police "refused to investigate [a] domestic violence case," that they "locked [her] out of the house," and that they were "verbally abusive." The body of the complaint, and the attached police reports, appear to identify officer Shelene Desmangles as the defendant. Plaintiff has filed a motion for leave to proceed *in forma pauperis*.

After the complaint was filed, plaintiff filed a handwritten notice stating as follows:

> [I] would like to withdraw all prior cases filed with this court, South Boston Police, DCHD, as well as DCF. Currently don't have docket #'s for each case but withdrawing[ ] all [complaints] (not given official withdrawal form). Starting new cases today. Dismissing ALL prior cases.

(Dkt. No. 4). In a separate case filed in this Court, Civil Action No. 25-11958-FDS, plaintiff filed a document stating that she "would like to withdraw . . . all other case[s]" in this Court

except three identified cases.  (*Id.* at Dkt. No. 8).  The three identified cases do not include the present case.

The Court interprets plaintiff's filing to constitute a notice of voluntary dismissal under Rule 41(a)(1)(A).  Because the prerequisites of that rule are satisfied, this matter is hereby DISMISSED.

**So ordered.**

Dated: February 6, 2026

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge